UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr225

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK ANTHONY BOWENS, ) <br> ) <br> Defendant. ) <br> ) | **FINAL ORDER AND JUDGMENT** <br> **CONFIRMING FORFEITURE** |

On May 9, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2) (Doc. No. 68), based upon the Defendant's conviction after trial (Doc. No. 57: Verdict).

On May 10, 2011 through June 8, 2011, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from May 10, 2011 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Taurus, model 85, .38 caliber revolver, serial number MH70801 and ammunition; and**

**One Mossberg, 20 gauge shotgun, model 500, serial number P841386 and ammunition.**

Signed: July 28, 2011

Robert J. Conrad, Jr.
Chief United States District Judge