IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00225-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARK ANTHONY BOWENS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon vacatur of the defendant's sentence in light of Johnson v. United States, 135 S. Ct. 2551 (2015). (Doc. No. 47: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Mark Anthony Bowens (Reg. No. 26121-058) present in Charlotte, North Carolina forthwith, but not later than March 3, 2017, at 9:30 a.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office.

Signed: January 9, 2017

Robert J. Conrad, Jr.
United States District Judge